IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:10cr1-SPM

SHAHID DENARD MAXWELL,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING HEARING AND SETTING DEADLINES

Defendant's sentencing hearing was continued from October 18, 2010, to allow Defendant to file a written objection to the Presentence Investigation Report concerning the mandatory minimum sentence Defendant faces in light of the Fair Sentencing Act, Pub.L.No. 111-220, 124 Stat. 2372 (2010). To allow for orderly presentation of the issue, it is

ORDERED AND AJUDGED:

1. On or before October 22, 2010, Defendant shall file written arguments concerning the applicability of the Fair Sentencing Act to Defendant.

2. The Government shall have up to and including November 5, 2010, to file a written response.

3. Defendant's sentencing hearing is reset for 1:30 p.m. on November 22, 2010, at the United States Courthouse in Tallahassee, Florida.

DONE AND ORDERED this 15th day of October, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge